353 F.3d 765
 Jerome FEITELBERG, On Behalf of Himself, All Others Similarly Situated, And The General Public, Plaintiff-Appellant,
v.
MERRILL LYNCH & CO., a Delaware Corporation; Thomas Mazzucco; Henry Blodget, Defendants-Appellees.
 No. 02-17236.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted December 5, 2003 — San Francisco, California.
 Filed December 24, 2003.
 
 Solomon B. Cera, Gold Bennett Cera & Sidener LLP, San Francisco, California, for the Plaintiff-Appellant.
 Jonathan C. Dickey, Gibson, Dunn & Crutcher LLP, Palo Alto, California, for the Defendants-Appellees.
 Appeal from the United States District Court for the Northern District of California; Marilyn H. Patel, District Judge, Presiding. D.C. No. CV-02-03072-MHP.
 Before: Myron H. BRIGHT,* Dorothy W. NELSON, and Pamela Ann RYMER, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 We affirm for reasons stated by the district court in its opinion, Feitelberg v. Merrill Lynch & Co., Inc., 234 F.Supp.2d 1043 (N.D.Cal.2002).*
 
 
 2
 AFFIRMED.
 
 
 
 Notes:
 
 
 *
 Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation
 
 
 *
 We deny Feitelberg's Request for Judicial Notice and Merrill Lynch's request for sanctions